MN-305

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:   Lori Lynn O'Brien

Chapter 7 Case No.   08-36688

Please Check One:

☐   Unclaimed Dividends

☒   Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| River Pines Dental<br>925 Highway 55<br>Suite 104<br>Hastings, MN  55033-3735 | 1 | 136.26 | 3.40 |

Date:   March 15, 2011

_____
Trustee

RECEIVED
11 MAR 17  AM 10: 05
U.S. BANKRUPTCY COURT
ST. PAUL, MN